UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jamal Kendale Watson                                          Docket No. 5:18-CR-196-3FL

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamal Kendale Watson, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 11, 2019, to the custody of the Bureau of Prisons for a term of 23 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jamal Kendale Watson was released from custody on January 23, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 28, 2020, the defendant submitted a urine specimen which tested positive for the use of marijuana. To address this behavior, and in an effort to deter drug abuse, we are recommending that Watson be required to participate as directed in appropriate substance abuse treatment. The defendant will be required to participate in our district's Surprise Urinalysis Program, and he will also be referred to Daymark Services, Henderson, North Carolina, for appropriate substance abuse treatment options.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/Linwood E. King<br>Linwood E. King<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8682<br>Executed On: March 6, 2020 |

**Jamal Kendale Watson
Docket No. 5:18-CR-196-3FL
Petition For Action
Page 2**

## ORDER OF THE COURT

Considered and ordered this ____10th____ day of _____March_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge